DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY SIMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3310

[January 15, 2020]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 16-011202CF10A.

Anthony Sims, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

Affirmed without prejudice for appellant to seek relief under Florida Rule Criminal Procedure 3.850, if appropriate. *See Villar v. State*, 110 So. 3d 503 (Fla. 4th DCA 2013).

TAYLOR, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***